MASSACHUSETTS *v.* MEEHAN

No. 78–1874.   Argued January 9, 1980—Decided February 26, 1980

*Barbara A. H. Smith,* Assistant Attorney General of Massachusetts, argued the cause for petitioner.   With her on the briefs were *Francis X. Bellotti,* Attorney General, and *Stephen R. Delinsky,* Assistant Attorney General.

*David A. Mills* argued the cause for respondent.   With him on the brief was *Walter J. Hurley.*

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.